UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

................................................................x

Marina Iskhakova, on behalf of herself and
all others similarly situated

Civil Action No:
1:22-cv-7270

Plaintiff,

-v.-
RED APPLE GROUP, INC., D/B/A
GRISTEDES SUPERMARKETS,

Defendants.

................................................................x

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff and the Defendant in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** June 8, 2023

| **For Plaintiff Marina Iskhakova** | **For Defendant Red Apple Group, Inc., d/b/a Gristedes Supermarkets** |
|---|---|
| */s/ Mark Rozenberg* | */s/ Alexander William Bogdan* |
| Mark Rozenberg | Alexander William Bogdan |
| Stein Saks, PLLC | Fox Rothschild LLP |
| One University Plaza | 101 Park Ave Ste 17th floor |
| Hackensack, NJ 07601 | New York, NY 10178 |
| Ph: (201) 282-6500 | Ph: (212) 878-7941 |
| mrozenberg@steinsakslegal.com | abogdan@foxrothschild.com |

|  |  |

## CERTIFICATE OF SERVICE

I certify that on June 8, 2023, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Mark Rozenberg*
Mark Rozenberg
**Stein Saks, PLLC**
One University Plaza
Hackensack, NJ 07601
*Attorneys for Plaintiff*
